UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Michelle L. Keske,

Plaintiff,

vs.

Minnesota AG Group, Inc.,
Larsen Implement, Inc.,

Defendants.

Civil No. 00-1275 (MJD/JGL)

**STIPULATION TO EXTEND TIME TO ANSWER AND/OR OTHERWISE PLEAD**

---

**IT IS HEREBY STIPULATED** by the parties, through their undersigned attorneys, that the time within which Defendants, Minnesota AG Group, Inc. and Larsen Implement, Inc., shall answer and/or otherwise respond to Plaintiff's Amended Complaint may be extended to June 6, 2000.

Dated: May 31, 2000

Paul J. Lukas (#22084X)
**NICHOLS, KASTER & ANDERSON**
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

**Attorneys for Plaintiff Michelle L. Keske**

FILED 6/7/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Dated: May 31, 2000

Mary O'Brien (#177404)
Amy J. Swedberg (#271019)
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

**Attorneys for Defendants**
**Minnesota AG Group, Inc. and**
**Larsen Implement, Inc.**

**ORDER FOR EXTENSION OF TIME TO PLEAD**

Based on the foregoing Stipulation of the parties,

**IT IS HEREBY ORDERED:**

That the time within which the Defendants, Minnesota AG Group, Inc. and Larsen Implement, Inc., shall answer and/or otherwise respond to Plaintiff's Amended Complaint shall be extended to June 6, 2000.

**BY THE COURT:**

Dated: June 7, 2000

Jonathan G. Lebedoff
United States Magistrate Judge

805918.1