UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1275 (MJD/JGL)

MICHELLE L. KESKE,

Plaintiff,

v.

**PRETRIAL ORDER**

MINNESOTA AG GROUP, INC., et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is two days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to August 1, 2000;

3. The period during which the parties may seek discovery shall be completed by September 1, 2000;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to September 1, 2000;

5. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with amendments to the local rules adopted by the Court 1/3/00, prior to November 1, 2000; and

6. This case will be considered "ready for trial" as of November 1, 2000.

DATED: June 29, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed JUN 30 2000
Francis E. Dosal, Clerk
Judgment Entd.________
Deputy Clerk________