UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 00-1275 (MJD/JGL)

MICHELLE KESKE,

Plaintiff,

v. ORDER

MINNESOTA ATTORNEY GENERAL GROUP, INC. et al

Defendant.

---

The Court has been advised by the parties that the above entitled action has been settled. Therefore,

IT IS ORDERED THAT, in the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: 12-21-01

MICHAEL J. DAVIS
United States District Court Judge

DEC 21 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK